United States District Court
Southern District of Texas

**ENTERED**

August 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BELQIS HASSANI,<br>    "Petitioner," | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Civil Action No. 1:26-cv-00777 |
| MIGUEL VEGARA, *et al.,*<br>    "Respondents." | §<br>§<br>§<br>§ | |

<u>**ORDER**</u>

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1) and "Ex Parte Motion for Temporary Restraining Order" ("TRO") (Dkt. No. 4). It is **ORDERED** that Respondents shall file a response to Petitioner's Petition and TRO by **<u>August 14, 2026 at 5:00 p.m. CST</u>**.

SIGNED this August 4, 2026

Rolando Olvera
United States District Judge